1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                         DISTRICT OF NEVADA
8                                  * * *
9    AMY MARIE GRAY                        Case No. 2:19-cv-00645-RFB-CWH
10              Plaintiff,                           **ORDER**
11        v.
12   UNITED STATES DISTRICT COURT, *et
     al.*,
13
                Defendants.
14
15
16          This Court has an independent obligation, as a court of limited jurisdiction, to determine

17   whether or not it has jurisdiction over a pending dispute or case.  Henderson ex rel. Henderson v.

18   Shinseki, 562 U.S. 428, 434 (2011).  The Court has reviewed the Complaint in this case and finds

19   that it lacks jurisdiction over this matter.  Plaintiff raises various inchoate and unintelligible claims

20   in her Complaint.  The only clear claim Plaintiff seeks to raise is an attempt to reopen or challenge

21   the judgement of a previously closed case in this Court, Gray v. City of Henderson, et al., 10-cv-

22   00356-RCJ-RJJ.  This case, however, has been dismissed and the appeal was dismissed.  It has

23   therefore been resolved and may not be reopened.  She also appears to generally challenge state

24   court actions over which this Court has no jurisdiction.  As the Plaintiff has not stated a claim over

25   which this Court has jurisdiction and as the Court finds that it cannot identify a potential claim

26   from the Complaint, the Court dismisses this case for lack of jurisdiction.

27   ///

28   ///

     ///

**IT IS THEREFORE ORDERED** that this case is dismissed without prejudice for lack of jurisdiction. The Clerk of Court is instructed to close the case.

DATED: May 10, 2019.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**